# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-21-00603-CV

**Robert Norton, Appellant**

**v.**

**Camtu Phan, Appellee**

### FROM THE 368TH DISTRICT COURT OF WILLIAMSON COUNTY
### NO. 20-1075-C368, THE HONORABLE RICK J. KENNON, JUDGE PRESIDING

## O R D E R

**PER CURIAM**

Appellant Robert Norton has filed an emergency motion for temporary relief in this interlocutory appeal. *See* Tex. R. App. P. 29.3. To preserve the status quo of the appeal while the Court considers the motion for temporary relief, the trial court's November 19, 2021 order granting a temporary injunction is stayed in part, pending further order of this Court. The Court stays the portion of the temporary injunction prohibiting Norton "from entering, occupying, or utilizing Defendant/Counter-Plaintiff Camtu Phan's real property located at 3847 Laurel Ridge Drive Round Rock, TX 78665, and from interfering with Plaintiff's use and enjoyment of same" starting at 4:01 p.m. on Saturday, November 27, 2021, as well as the portion ordering "that the Williamson County Constable shall appear at 3847 Laurel Ridge Drive Round Rock, TX 78665 at 4:00 p.m. on November 27, 2021 to keep the peace while any remaining personal property is removed from the residence and the locks are changed."

The Court orders both parties to file briefing with the Court on or before December 6, 2021, to inform the Court why supersedeas or another order made under Texas Rule of Appellate Procedure 24 would not adequately protect the parties' rights during the pendency of the appeal. *See* Tex. R. App. P. 29.3 (prohibiting appellate court from suspending trial court's order if supersedeas would adequately protect parties); *see also id.* R. 29.2 ("The trial court may permit an order granting interlocutory relief to be superseded pending an appeal from the order, in which event the appellant may supersede the order in accordance with Rule 24.").

It is ordered on November 24, 2021.

Before Justices Triana, Kelly, and Smith